UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IRA ALSTON,<br>    Plaintiff,<br><br>v.<br><br>ROBERT MARTIN and JESUS GUADARRAMA,<br>    Defendants. | No. 3:22-cv-1495 (VAB) |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Ira Alston appeals to the United States Court of Appeals for the Second Circuit from the Order granting Defendants' Motion for Summary Judgment entered in this action in March 6, 2026 [ECF # 103].

                                                          Respectfully submitted,

                                                          IRA ALSTON

                                                          By: */s/ Jarad M. Lucan*
                                                                 Jarad M. Lucan (ct27752)
                                                                 Shipman & Goodwin LLP
                                                                  One Constitution Plaza
                                                                  Hartford, CT 06103-1919
                                                                  (860) 251-5000
                                                                  jlucan@goodwin.com