UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IRA ALSTON,<br>  Plaintiff,<br><br>  v.<br><br>ROBERT MARTIN and JESUS GUADARRAMA,<br>  Defendants. | No. 3:22-cv-1495 (VAB) |

## MOTION TO WITHDRAW APPEARANCE OF
## ATTORNEY JARAD M. LUCAN FOR PLAINTIFF IRA ALSTON

In accordance with District of Connecticut Local Rules 7(e) and 83.10(f), Jarad M. Lucan, counsel for Plaintiff Ira Alston, hereby withdraws his Notice of Appearance filed on March 6, 2026. Counsel states that this court entered a final judgment in the matter on February 6, 2026, following the grant of Defendants' Motion for Summary Judgment (ECF No. 103). Plaintiff has appealed the Court's decision to the Second Circuit Court of Appeals. (*See* ECF No. 105). Counsel's appointment has thus concluded pursuant to Local Rule 83.10(f), and, to the extent that this case remains open, Counsel requests a withdrawal of appearance accordingly.

            Respectfully submitted,

            By: */s/ Jarad M. Lucan*
              Jarad M. Lucan (ct27752)
              Shipman & Goodwin LLP
              One Constitution Plaza
              Hartford, CT 06103-1919
              (860) 251-5000
              jlucan@goodwin.com